**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| NOAH J. RUPP,<br><br>       Plaintiff,<br><br>vs.<br><br>ROSE ANN TRZIL, SCHOOL SISTERS OF SAINT FRANCIS, INC. and METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>       Defendants. | Case No.: _____<br><br><br>**COMPLAINT<br>and JURY DEMAND** |

COMES NOW, the Plaintiff for his claims against Defendants, states:

### COUNT I: THE PARTIES

1.     Plaintiff Noah J. Rupp (hereinafter "Plaintiff"), is a citizen of the State of Iowa residing in Dubuque County, Iowa.

2.     Defendant Rose Trzil (hereinafter "Defendant Trzil ") is a citizen of Greenfield, Milwaukee County, Wisconsin where she also resides.

3.     Defendant School Sisters of Saint Francis, Inc. is a non-stock corporation organized under the laws of the State of Wisconsin and is a citizen of the State of Wisconsin.

4.     Metropolitan Property and Casualty Insurance Company (hereinafter "Metropolitan") is a non-Iowa insurance company doing business in Iowa. Metropolitan is a citizen of the State of Rhode Island where it is domesticated and has its principal place of business.

### COUNT II: JURISDICTION AND VENUE

5.     This is an action between citizens of different states and the amount in controversy exclusive of interest and court costs exceeds $75,000. This Court therefore has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

6.    All Defendants have sufficient contacts with the State of Iowa for this court to exercise personal jurisdiction over them.

7.    Venue is proper in the United States District Court for the Northern District of Iowa, Eastern Division, pursuant to 28 U.S.C. § 1391(b)(2) because the motor vehicle accident that is the subject of this action occurred in this judicial district.

## COUNT III: FACTS

8.    On September 17, 2016, Defendant Trzil was operating a 2015 Toyota Corolla (VIN#5YFBURHE9FP243810) in the City of Dubuque in Dubuque County, Iowa on Fengler Street heading westbound.

9.    Defendant School Sisters of Saint Francis was the owner of said 2015 Toyota Corolla.

10.    At the same time, Plaintiff was riding in the front passenger seat of a vehicle headed northbound on Rhomberg Street in Dubuque, Iowa.

11.    Defendant Rose Trzil failed to obey a stop sign or yield at the intersection of Fengler Street and Rhomberg Avenue in Dubuque and the front of her vehicle crashed into the front passenger door of the vehicle Plaintiff was riding in.

12.    As a result of the accident, Plaintiff sustained serious bodily injuries including, but not limited to a permanent brachial plexus injury that caused him to be medically discharged from the Marines, lose nearly all function of his right upper extremity, lose range of motion in his neck, suffer severe headaches, and have permanent impairment and permanent work restrictions.

## COUNT IV: NEGLIGENCE

COMES NOW the Plaintiff, and for his negligence claim against Defendant Trzil and School Sisters of Saint Francis, states:

13.     Plaintiff reasserts and re-alleges the allegations contained in paragraphs 1 through 12 of this Complaint by reference herein.

14.     During the course of the operation of the Toyota Corolla on September 17, 2016, Defendant Trzil was negligent in the operation of said vehicle.

15.     The negligence of the Defendant Trzil was a cause of the injuries and damages sustained by Plaintiff including:

        a)     Past and future pain and suffering;

        b)     Past and future emotional distress and mental suffering;

        c)     Past and future loss of function of mind and body;

        d)     Past and future medical care, treatment, and services;

        e)     Lost wages;

        f)     Loss of earning capacity; and

        g)     Such other injuries and damages allowed by law.

16.     Defendant Trzil is liable to Plaintiff for the injuries and damages caused by her negligence, which damages exceed $75,000 exclusive of interest and court costs.

17.     Defendant School Sisters of Saint Francis as the owner of the vehicle Defendant Trzil was operating is liable to Plaintiff for the injuries and damages suffered by Plaintiff as a result of Defendant Trzil's negligence.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant Trzil and Defendant School Sisters of Saint Francis, Inc. and demands that a money judgment be entered against these Defendants, jointly and severally, to fully compensate him for the injuries and damages stated herein which exceed $75,000 plus interest and costs, all as provided by law.

## COUNT V: BREACH OF CONTRACT – UIM

18.     Plaintiff reasserts and re-alleges the allegations contained in paragraphs 1 through 17 of this Complaint by reference herein.

19.     Plaintiff was insured by an auto insurance policy issued by Defendant Metropolitan in Dubuque County, Iowa.

20.     The policy number for said policy is 7003850372 and the claim number is SIJ52700.

21.     Said policy of insurance contained a provision for underinsured motorist coverage which provided, among other things, insurance coverage for losses and damages sustained in accidents which were caused by the negligent operation of a vehicle by third persons when that vehicle is underinsured at the time of the accident.

22.     Defendant Trzil is an underinsured motorist within the definition of the Metropolitan insurance policy.

23.     Defendant Metropolitan is liable to Plaintiff for underinsured motorist benefits, which amount exceeds $75,000 exclusive of interest and court costs.

WHEREFORE, the Plaintiff, Noah J. Rupp, respectfully prays for judgment against Defendant Metropolitan for underinsured motorist benefits which amount exceeds $75,000 exclusive of interest and court costs, plus interest and costs, all as provided by law.

## JURY DEMAND

The Plaintiff respectfully demands a trial by jury.

RESPECTFULLY SUBMITTED

NOAH J. RUPP, Plaintiff

By:

MARK E. LIABO
CURRIE & LIABO LAW FIRM, P.L.C.

1853 51ST Street NE, Suite 1
Cedar Rapids, IA 52402
Phone: (319) 826-3781
Fax:    (319) 774-5638
E-mail: mliabo@currieliabo.com

By:

Brian D.W. Spannagel
BORELLI & SPANNAGEL, P.C.
800 Locust Street
Dubuque, Iowa 52001
Phone: (563) 556-0078
Fax: (563) 652-7068
Email: brian@boffspanlaw.com

ATTORNEYS FOR PLAINTIFF