# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| NOAH J. RUPP,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROSE ANN TRZIL, SCHOOL SISTERS OF SAINT FRANCIS, INC., THE SCHOOL SISTERS OF SAINT FRANCIS OF SAINT JOSEPH'S CONVENT, MILWAUKEE, WISCONSIN, INC.,<br><br>　　　　　Defendants. | Civil Action No.: C18-1033KEM<br><br><br>**STIPULATION OF DISMISSAL OF <u>ONLY</u> SCHOOL SISTERS OF SAINT FRANCIS, INC. <u>WITHOUT</u> PREJUDICE** |

　　　　Plaintiff Noah J. Rupp and Defendant Rose Ann Trzil, Defendant School Sisters of Saint Frnacis, Inc., and Defendant The School Sisters of Saint Francis of Saint Joseph's Convent, Milwaukee, Wisconsin, Inc., stipulate to the Dismissal of Defendant School Sisters of Saint Francis, Inc. only, <u>without</u> prejudice.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED

　　　　　　　　　　　　　　　　NOAH J. RUPP, Plaintiff

By:　　　/s/　Mark E. Liabo
　　　　MARK E. LIABO
　　　　CURRIE & LIABO LAW FIRM, P.L.C.
　　　　1853 51ST Street NE, Suite 1
　　　　Cedar Rapids, IA 52402
　　　　Phone: (319) 826-3781
　　　　Fax:　　(319) 774-5638
　　　　E-mail: mliabo@currieliabo.com

　　　　　　　　　　　　and

By:　　　/s/ Brian D.W. Spannagel
　　　　Brian D.W. Spannagel
　　　　BOFFELI & SPANNAGEL, P.C.
　　　　800 Locust Street
　　　　Dubuque, Iowa 52001
　　　　Phone: (563) 556-0078
　　　　Fax: (563) 582-6126
　　　　Email: brian@boffspanlaw.com

　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

and

DEFENDANTS ROSE ANN TRZIL, SCHOOL SISTERS OF SAINT FRANCIS, INC., THE SCHOOL SISTERS OF SAINT FRANCIS OF SAINT JOSEPH'S CONVENT, MILWAUKEE, WISCONSIN, INC.

By: /s/ E. David Wright
E. David Wright
770 Main Street
Dubuque, IA 52001-6820
Telephone: (563) 556-6433
Fax: (563) 556-7706
Email: dwright@dbqlaw.com

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on April 19, 2019 by CM / ECF.

*Christina Bandfield*

E. David Wright
Gilloon, Wright & Hamel, P.C.
770 Main Street
Dubuque, IA 52001-6820