# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| NOAH J. RUPP,<br><br>      Plaintiff(s),<br><br>v.<br><br>ROSE ANN TRZIL and THE SCHOOL SISTERS OF SAINT FRANCIS OF SAINT JOSEPH'S CONVENT, MILWAUKEE, WISCONSIN, INC.,<br><br>      Defendants. | No. 18-CV-1033-KEM<br><br>**ORDER** |

The court, having been advised on December 27, 2019, that the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal,

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes, terminate any pending motions, and remove all hearings, deadlines and jury trial from the court's docket and trial calendar.

2. Closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, have been filed on this docket at Docs. 23, 33, and 34.

**IT IS SO ORDERED** this 27th day of December, 2019.

*/s/ Kelly K.E. Mahoney*
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa